UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL CORDOVA,<br><br>          Plaintiff,<br><br>     v.<br><br>D. HURTADO, et al.,<br><br>          Defendants. | No. 2:22-cv-01296 TLN AC<br><br>**ORDER** |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 24, 2024, the magistrate judge filed findings and recommendations herein which were served on Plaintiff, and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 16.) The time to file objections has passed, and Plaintiff did not file any objections.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1


Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed on May 24, 2024 (ECF No. 16), are ADOPTED IN FULL;
2. Plaintiff's Eighth Amendment Deliberate Indifference Claim against Defendants is DISMISSED without leave to amend;
3. This action will proceed on Plaintiff's ADA claim against Defendants; and
4. This action is referred back to the magistrate judge for further pretrial proceedings.

Date: June 20, 2024

_____
Troy L. Nunley
United States District Judge